THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL  t_stew_3@yahoo.com
Attorneys for David Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHNSON,                          Case No.  CV 13-5694 KAW

      Plaintiff,

v.                                                      STIPULATION OF DISMISSAL; ORDER

THOMAS and DIANA BLOXHAM,

      Defendants.

_____/

      The parties hereto stipulate as follows:

      The parties have reached a full and final settlement of all issues in this action.  A

Settlement Agreement between the parties has been fully executed.

      Some parts of the Settlement Agreement are to be performed in the future.  The parties

shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if

fully set forth.  The parties request the Court to retain jurisdiction for 18 months from the date

hereof in order to enforce the terms of the Settlement Agreement under the authority of

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

      Although the parties are hereby dismissing this action with prejudice, they agree that the

Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce

1

the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP

41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for

18 months after the date hereof.

Date:   March 24, 2014                     Date:  March 24, 2014

S/Thomas L. Bloxham                        S/Thomas N. Stewart, III,
Defendant                                  Attorney for Plaintiff

Date:  March 24, 2014


S/Diana Bloxham,
Defendant


Attestation


I have the holograph signatures of Frank and Odilia Jesus which are indicated on the

signature blocks of this document.

I declare under penalty of perjury that the foregoing is correct and that this Attestation

was executed by me at Clayton, California on March 24, 2014.

S/Thomas N. Stewart, III


IT IS SO ORDERED:



Date: 3/27/14                              _Kandis Westmore_
                                           Judge/Magistrate


2